**Ellis Harley BARBER, American Indian Ministries a/k/a Jesus Christ, Plaintiff–Appellant,**

v.

**President Barack OBAMA; Donald B. Verrilli, Jr., Solicitor General; Eric H. Holder, Jr., U.S. Attorney General, Defendants–Appellees.**

No. 12–2314.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 22, 2013.

Ellis Harley Barber, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber seeks to appeal the district court's order dismissing his civil complaint for failure to comply with Federal Rule of Civil Procedure 8(a)(2). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Barber does not challenge in his informal brief the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*